# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HOWARD JOHNSON INTERNATIONAL, INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

MAYFLOWERS INTERNATIONAL HOTEL MANAGEMENT LLC, ET AL.,
*Defendant*

CASE NUMBER: **2:22−CV−01145−MCA−LDW**

TO: *(Name and address of Defendant):*

**XIAOZHUANG GE**

7 Beverly Rd.
Great Neck, NY 11021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CONNELL FOLEY LLP**
**BRYAN P. COUCH, ESQ.**
**ONE NEWARK CENTER**
**1085 RAYMOND BLVD, 19TH FLOOR**
**NEWARK, NJ 07102**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022−03−03 12:24:44, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/22/22 at 5:11PM |
|---|---|
| NAME OF SERVER (PRINT) Akaash Vaasudeva | TITLE Process Server |

Check one box below to indicate appropriate method of service

Xiaozhuang GE       7 Beverly Rd.
                    Great Neck, NY 11021

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Lan Mei daughter-in-law, also resides at residence.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/22          [signature]  4/25/22
             Date              Signature of Server

10 Bond Street Great Neck NY 11021
Address of Server