**Connell Foley LLP**
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Howard Johnson International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAYFLOWERS INTERNATIONAL HOTEL MANAGEMENT LLC, a New York Limited Liability Company; WEIHONG HU, an individual; and XIAOZHUANG GE, an individual,<br><br>Defendants. | Civil Action No. 22-cv-01145 (MCA)(LDW)<br><br>**CONSENT JUDGMENT** |

THIS MATTER having been opened to the Court by Connell Foley, LLP, attorneys for plaintiff, Howard Johnson International, Inc. ("HJI"), with the consent of defendants, Mayflower International Hotel Management LLC, Weihong Hu, and Xiaozhuang Ge, and it appearing that the parties entered into a confidential Settlement Agreement dated November 16, 2023 to resolve the within litigation and, as part of that Confidential Settlement Agreement, defendants, Mayflower International Hotel Management LLC, Weihong Hu, and Xiaozhuang Ge, willingly executed this Consent Judgment; and good cause appearing

IT IS on this 20th day of August, 2024,

**ORDERED** that judgment be and the same is entered in favor of HJI, and against

defendants, Mayflower International Hotel Management LLC, Weihong Hu, and Xiaozhuang Ge, jointly and severally, in the amount of Five Hundred Forty-Six Thousand Five Hundred Sixty-Seven Dollars and Sixty-Eight Cents ($546,567.68), plus interest, attorneys' fees and costs, minus ($ 0 ) that which was already paid pursuant to the Confidential Settlement Agreement, for a total amount due of $ 546,567.68 .

_____
**HON. MADELINE COX ARLEO, U.S.D.J.**

We hereby consent to the form and entry of this Consent Order:

**Connell Foley, LLP**
Attorneys for Plaintiff,
Howard Johnson International, Inc.

By: _____
    **Bryan P. Couch**

Date:

**Mayflower International Hotel Management LLC**

By: _____
Name:
Title:
Date:

**Weihong Hu**

_____
Date:

**Xiaozhuang Ge**

_____
Date: